Benjamin T. Andersen, *Of Counsel*
Pacific Northwest Law, LLP
1420 World Trade Center
121 S.W. Salmon Street
Portland, Oregon 97204
t. 503.222.2510 f. 503.546.0664
btandersen@pacificnwlaw.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>v.<br>Steven Glenn HUFFMAN, Jr.,<br>          Defendant. | Case No. 3:14-CR-034-MO<br><br>DECLARATION OF BENJAMIN ANDERSEN IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL DATE |

I, Benjamin Andersen, under penalty of perjury, do declare:

1. I am the attorney for the above named defendant.

2. Mr. Huffman's case is presently set for a two-day trial June 5, 2014.

3. This case has involved a large amount of discovery, including audio, some video, and extensive financial and other transactional records relating to this defendant but also other defendants involved in a multiple-defendant investigation.

4. Production of discovery has been an ongoing process, I believe that most of the discovery has been produced at this point, though I expect a few reports to be provided in the near future.

5. AUSA Beckerman has indicated that there is a possibility of different charges being issued. I would not be prepared to proceed to trial if that were the case.

PAGE 1 – DECLARATION OF BENJAMIN ANDERSEN IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL DATE
    United States v. HUFFMAN, Jr.,
    USDC Oregon Case No. 3:14-CR-034-MO

6. Mr. Huffman is out of custody.

7. I believe the continuance period requested by this motion is appropriate in this case. I also believe that the ends of justice outweigh the best interests of the public and Mr. Huffman in a speedy trial. The failure to grant this requested continuance is likely to result in a miscarriage of justice and likely would deny me the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8. I have discussed this motion with Mr. Huffman. I believe he understands his rights to a speedy trial under 18 USC § 3161, but appreciates the need to continue this case.

9. This is the second motion to continue the trial date.

10. Asst. US Attorney Stacie Beckerman does not oppose this motion.


Dated and electronically signed this 5th of June, 2014.

/s/
_____
Benjamin T. Andersen, OSB 06256
Attorney for Defendant