## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**UNITED STATES OF AMERICA**             Case No. 3:14-CR-0034-MO

       v.                                                         **PROTECTIVE ORDER**

**STEVEN GLENN HUFFMAN, JR.,**

          Defendant.

Upon unopposed motion of the United States, it is hereby ordered that from this date forward:

1. Defense counsel shall not provide defendant with copies of, or unsupervised access to, any discovery material that contains witness statements (including, but not limited to, FBI 302s and police reports).

2. As to all other discovery material (*i.e.*, not containing witness statements), defense counsel may provide defendant with copies of, or unsupervised access to, that discovery material, but only if defense counsel first redacts any Personal Information and Financial Information from the discovery material, defined as follows:

   **Personal Information**:   personal identifying information of any individual, including without limitation, any individual's date of birth, social security number, address, telephone number, email address, driver's license number, professional license number, or family members' names.

        **Financial Information**:  financial information of any individual or business, including without limitation, bank account numbers, credit or debit card numbers, account passwords, account names and contact information, account history, account balances, account statements, or taxpayer identification numbers.

3. Defense counsel and defendant shall not provide to any person not a party to this case, copies of, or unsupervised access to, any discovery material produced in this case, without the government's express written permission, except that defense counsel may provide discovery material to those persons employed by defense counsel who are necessary to assist counsel of record in preparation for trial or other proceedings.

4. If any third party in possession of discovery material produced in this case receives notice of this protective order, but thereafter provides the discovery material to any additional person(s), by posting the material online or otherwise, any such circulation of the discovery material will be deemed a violation by that third party of this Court's order.

DATED this  7th   day of August, 2014.

                                              /s/Michael W. Mosman
                                              THE HONORABLE MICHAEL MOSMAN
                                              UNITED STATES DISTRICT JUDGE

Presented by:

S. AMANDA MARSHALL
United States Attorney

 /s/ *Stacie F. Beckerman*
STACIE F. BECKERMAN
Assistant United States Attorney