Benjamin T. Andersen, *Of Counsel*
Pacific Northwest Law, LLP
1420 World Trade Center
121 S.W. Salmon Street
Portland, Oregon 97204
t. 503.222.2510 f. 503.546.0664
btandersen@pacificnwlaw.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br>v.<br>Steven Glenn HUFFMAN, Jr.,<br>　　　　　　　　Defendant. | Case No. 3:14-CR-034-MO<br><br>DECLARATION OF BENJAMIN ANDERSEN REGARDING CONTINUANCE OF CHANGE OF PLEA HEARING |

I, Benjamin Andersen, under penalty of perjury, do declare:

1. I am the attorney for the above named defendant.

2. A change of plea hearing for Mr. Huffman's case was set for the afternoon of September 22, 2014.

3. The parties have agreed to set that hearing out to October 23rd, 2014.

4. I believe that this continuance is appropriate. I also believe that the ends of justice outweigh the best interests of the public and Mr. Huffman in a speedy trial. The failure to grant this requested continuance would likely result in a miscarriage of justice and likely would deny me the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. I have discussed this motion with Mr. Huffman. I believe he understands his rights to a speedy trial under 18 USC § 3161, but appreciates the need to continue this case.  Mr. Huffman consents to this motion, with the understanding that this would result in excludable delay under 18 USC 3161(h)(7)(B)(iv).

Dated and electronically signed this 22nd of September, 2014.

/s/
_____
Benjamin T. Andersen, OSB 06256
Attorney for Defendant