# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

UNITED STATES OF AMERICA,                     Case No. 3:14-cr-34-MO

      v.                                                       DETENTION ORDER
                                                          (Violation of Pretrial Release)
STEVEN GLENN HUFFMAN, JR.

After a hearing pursuant to 18 USC § 3148 (violation of pretrial release order), the court finds that:

1.    ☐ there is probable cause to believe the defendant has committed a federal, state, or local crime while on release and has not rebutted the presumption that his/her release will endanger another or the community, *or*
☐ there is clear and convincing evidence that the defendant has violated another condition of release, *or*
☑ the defendant stipulates he/she violated a condition of release, *and*

2.    ☐ based on the factors set forth in 18 USC § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of another person or the community, *or*
☑ defendant is unlikely to abide by any condition or combination of conditions of release.

Dated: _December 12, 2014_

_____
United States Magistrate Judge

DETENTION ORDER (Pretrial Release Violation)